## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Ms. Barbara Lee**                                    *

      **Plaintiff**                             *

**v.**                                                 *          **Case No. JEB 14-2214**

**Blackboard, Inc.**                                   *

      **Defendant**                            *

_____/

## NOTICE OF DISMISSAL
## WITH PREJUDICE

Plaintiff agrees and stipulates, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), to the voluntary

dismissal of each and every one of the Plaintiff's claims in this case, with prejudice.

Respectfully submitted,

*/s/ Howard B. Hoffman*
Howard B. Hoffman, Esq.
Attorney at Law
Fed.  Bar. No. 977135
600 Jefferson Plaza, Suite 304
Rockville, MD 20852
(301) 251-3752
(301) 251-3753 (fax)
hhoffman@hoholaw.com

*Attorney for Plaintiff, Barbara Lee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2015, a copy of the foregoing Notice of Dismissal *with prejudice*, along with all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Columbia, and is available for viewing and downloading from the ECF system.


_____/s/_____
Howard B. Hoffman